

1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-00028 DB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO STAY TRANSPORT ORDER |
| v. | ~~UNDER SEAL~~ |
| DANIEL ROBERT SUMMERFIELD, | |
| Defendant. | |

Good cause showing, the transport order concerning DANIEL ROBERT SUMMERFIELD, imposed on February 10, 2017, (ECF Nos. 1-3, February 10, 2017), is hereby stayed until further order of the Court, pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: 2/14/17

Hon. Allison Claire
U.S. MAGISTRATE JUDGE

1