1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:17-MJ-00028-DB

12                    Plaintiff,           STIPULATION FOR EXTENSION PURSUANT TO
                                           RULE 5.1(d) AND EXCLUSION OF TIME
13          v.

14  DANIEL ROBERT SUMMERFIELD,

15                    Defendant.

16

17          Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney Paul A. Hemesath, and defendant DANIEL ROBERT SUMMERFIELD, individually and by

19  and through his counsel of record, Benjamin D. Galloway, hereby stipulate as follows:

20          1.      A criminal complaint naming defendant was filed under seal in the District of Colorado

21  under case number 17-mj-01023-NYW.  Defendant was arrested on February 9, 2017.  Defendant first

22  appeared before a judicial officer of the Court in the Eastern District of California on February 10, 2017.

23  At that time, the court ordered defendant to be detained and transported to the District of Colorado.

24          2.      On February 14, 2017, the government applied for and obtained (with stipulation from

25  defense counsel) an order staying the transport order so that the parties could consider Rule 20

26  proceedings.

27          3.      On February 24, 2017, this Court ordered a delay of the preliminary hearing, with a time

28  exclusion as further set forth in Docket Number 12.  A status conference was set for March 3, 2017.

STIPULATION                                    1

1      4.      On March 2, 2017, this Court ordered a further delay of the preliminary hearing, with a

2  time exclusion as further set forth in Docket Number 15.  A status conference was set for March 16,

3  2017.

4      5.      By this stipulation, the parties jointly move for an extension of time of any applicable

5  time limits (including defendant's right to: a preliminary hearing within 14 days and prompt transport to

6  the charging district), pursuant to Rules 5(c), 5.1(d) and 20 of the Federal Rules of Criminal Procedure,

7  and 18 U.S.C. § 3161.  The parties stipulate that the delay is required to allow reasonable time for the

8  parties' consideration of their options under Rule 20, thus constituting good cause for such delay.  The

9  Assistant United States Attorney in the District of Colorado has been consulted, and she is open (without

10  commitment) to considering the possibility of a Rule 20 disposition. The parties propose that the matter

11  be set for a status conference before the duty magistrate court on April 5, 2017, at 2 p.m.  The parties

12  further agree that the interests of justice served by granting this continuance outweigh the best interests

13  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

14      6.      The parties agree that good cause exists for the extension of time, and that the extension

15  of time would not adversely affect the public interest in the prompt disposition of criminal cases.

16  Therefore, the parties request that the time between March 3, 2017, and April 5, 2017, be excluded

17  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

18      IT IS SO STIPULATED.

19

20  Dated:  March 15, 2017               BENJAMIN B. WAGNER
                                 United States Attorney

21

22                               /s/ PAUL A. HEMESATH
                               PAUL A. HEMESATH

23                               Assistant United States Attorney

24

25  Dated:  March 15, 2017               /s/ BENJAMIN D. GALLOWAY
                               BENJAMIN D. GALLOWAY

26                                 Counsel for Defendant
                               DANIEL ROBERT SUMMERFIELD

27

28

STIPULATION

2

1  PHILLIP A. TALBERT
United States Attorney
2  PAUL A. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                           IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO.  2:17-MJ-00028-DB

12                         Plaintiff,            FINDINGS AND ORDER FOR EXTENSION
                                                PURSUANT TO RULE 5.1(d) AND EXCLUDING
13                    v.                          TIME

14  DANIEL ROBERT SUMMERFIELD,

15                         Defendant.

16

17

18        The Court has read and considered the Stipulation for Extension Pursuant to Rule 5.1(d) and

19  Exclusion of Time, filed by the parties in this matter on March 2, 2017.  The Court hereby finds that the

20  Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to grant

21  the parties' motion for an extension of time of any applicable time limits (including defendant's right to:

22  a preliminary hearing within 14 days and prompt transport to the charging district), pursuant to Rules

23  5(c), 5.1(d) and 20 of the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3161.

24        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

25  of justice served by granting this continuance outweigh the best interests of the public and the defendant

26  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

27  not adversely affect the public interest in the prompt disposition of criminal cases.

28

[PROPOSED] FINDINGS AND ORDER                    1

1      THEREFORE, FOR GOOD CAUSE SHOWN:

2      1. The parties shall appear at a status conference on April 5, 2017, at 2:00 p.m., before the

3  magistrate judge on duty.

4      2. The time between March 3, 2017, and April 5, 2017, shall be excluded from calculation

5  pursuant to 18 U.S.C. § 3161(h)(7)(A).

6      3. All applicable time limits imposed by Rules 5, and 5.1 of the Federal Rules of Criminal

7  Procedure, and 18 U.S.C. § 3161, are hereby tolled until April 5, 2017.

8

9      IT IS SO ORDERED

10  Dated:  March 15, 2017

11

12  _____

13  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                    2